AO 93   (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

| | |
|---|---|
| In the Matter of the Search of<br>*Blue Motorola Moto G Play Model XT2413-1 Serial<br>Number ZY22JX7LPK, Currently Stored at the<br>Owasso Police Department 111 North Main Street,<br>Owasso, Oklahoma, 74055* | )<br>)<br>)<br>)<br>) | Case No. 25 mj-660 - CDL<br>**FILED UNDER SEAL** |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ Oklahoma _____
*(identify the person or describe the property to be searched and give its location)*:
          See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
          See Attachment "B"

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 19, 2025 _____
                                                                                                *(not to exceed 14 days)*

☐ in the daytime, 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____ Christine D. Little _____ .
                    *(name)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):
          ☐ for _____ days *(not to exceed 30)*.
          ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     _8/5/2025 @ 8:46 a.m._          *Christine D. Little*
                                                                                  *Judge's signature*

City and state:     Tulsa, Oklahoma          _____ Christine D. Little, U.S. Magistrate Judge _____
                                                                              *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>25-MJ-660-CDL | Date and time warrant executed:<br>08/07/2025 @ 1300 CDT | Copy of warrant and inventory left with:<br>HSI HERO Analyst Shaun Elizondo |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- 43.8 GB of Data

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:     08/13/2025

_____
*Executing officer's signature*

_____
TFO Detective Benjamin Wolery
*Printed name and title*

## ATTACHMENT A

### Property to be Searched

The property to be searched is a **Blue Motorola Moto G Play Model XT2413-1 Serial Number ZY22JX7LPK** hereinafter the "Device." The Device is currently located at the OPD, 111 North Main Street, Owasso, Oklahoma, 74055.

This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

## Particular Things to be Seized

All records on the Device described in Attachment A that relate to violations of Title 18, United States Code, Sections 2242(b) (Attempted Coercion or Enticement of a Minor) from between 5/11/2025 and 5/25/2025, including:

1. Information, correspondence, records, documents, or other materials pertaining to the enticement or coercion of minors to engage in sexual acts or sexual conduct, as defined in 18 U.S.C. § 2422(b), that were transmitted or received using the cellular device;

2. Images of child pornography; files containing images and data of any type relating to the sexual exploitation of minors, and material related to the possession or production thereof;

3. Information, correspondence, records, documents, or other materials pertaining to the possession, receipt, or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C 2256, or pertaining to the sexual exploitation of minors, that were transmitted or received using the cellular device;

4. Evidence of user attribution showing who used or owned the Device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, phone books, saved usernames and passwords, documents, and browsing history;

5. Records relating to communication with others as to the criminal offense(s) listed above; including incoming and outgoing voice messages; text messages; emails; multimedia messages; applications that serve to allow parties to communicate; all call logs; secondary phone number accounts, including those derived from Skype, Line 2, Google Voice, and other applications that can assign roaming phone numbers; and other Internet-based communication media;

6. Records relating to documentation or memorialization of the criminal offense(s) listed above, including voice memos, photographs, videos, and other audio and video media, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos, including device information, geotagging information, and information about the creation date of the audio and video media;

7. Records relating to the planning and execution of the criminal offense(s) above, including Internet activity, firewall logs, caches, browser history, and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, records of user-typed web addresses, account information, settings, and saved usage information;

8. Application data relating to the criminal offense(s) above; and

9. All records and information related to the geolocation of the Device(s).

2

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

3